MCGREGOR W. SCOTT
United States Attorney
PATRICK J. SUTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559)497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED

FEB 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH M. CUELLAR,<br><br>Defendant and Judgment Debtor. | Case No.: 1:17-MC-00077-EPG<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT (RETIREMENT ACCOUNTS)**<br><br>Criminal Case No. 1:10-CR-00285-LJO |
| CITY OF FRESNO RETIREMENT SYSTEMS,<br>(and its Successors and Assignees)<br>Garnishee. | |

The Court, having reviewed the court files and the United States' Application for Order Terminating Writ of Garnishment for Retirement Accounts (the "Application), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Joseph M. Cuellar is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

IT IS SO ORDERED.

DATED: 2/12/18

_E. P. _____
Erica P. Grosjean, United States Magistrate Judge

1